JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTINGALE INVESTMENTS, LLC | ) | Case No.: CV 13-3445-GW(Ex) |
| | ) | |
| | ) | ORDER REMANDING IMPROPERLY |
| Plaintiff, | ) | REMOVED ACTION, IMPOSING |
| | ) | SANCTIONS, AND DECLARING |
| vs. | ) | DEFENDANT A VEXATIOUS LITIGANT |
| | ) | |
| | ) | |
| ABDOLAHAD PAK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

After hearing on July 8, 2013 on the following issues:

1. Plaintiff's Motion to Remand a Removed Matter (filed 05/28/13, Docket No. 6),

2. The Court's Order to Show Cause Why Sanctions Should Not be Imposed upon Defendant Abdolahad Pak for Failure to Appear on June 24, 2013,

3. Scheduling Conference,

THE COURT MAKES THE FOLLOWING FINDINGS AND ORDERS:

1. The Court FINDS that Defendant Abdolahad Pak was given proper and timely Notice of the July 8, 2013 hearing, and of the nature of the hearing, and failed to appear.

2. For the reasons stated on the attached Tentative Ruling, the Court REMANDS this unlawful detainer action to state court because it was improperly removed and this Court lacks subject matter jurisdiction.

3. For the reasons stated on the attached Tentative Ruling, the Court ORDERS Defendant Abdolahad Pak to pay to Plaintiff the amount of $11,700 in attorney's fees for failure to appear on June 24, 2013 and July 8, 2013.

4. For the reasons stated on the attached Tentative Ruling, the Court FINDS that Defendant Abdolahad Pak has abused the Court's process and is likely to continue such abuse, unless protective measures are taken. The Court therefore FINDS AND DESIGNATES Defendant Abdolahad Pak as a vexatious litigant.

5. The Clerk of the District Court is ORDERED not to accept any further filings from Defendant Abdolahad Pak, including the removal of any state court actions, without written authorization from a Judge of the District Court or a Magistrate Judge, issued upon such showing of the evidence supporting the claim as the judge may require. [L.R. 83-8.2]

6. The Court ORDERS that the state court not recognize any current or future attempted removal of state court case number 13H00413, Martingale Investments, LLC v Abdolahad Pak, without written authorization from a Judge of the District Court or a Magistrate Judge.

7. The Court CAUTIONS Defendant Abdolahad Pak and places Defendant Abdolahad Pak on NOTICE that further attempts to remove this state court unlawful detainer action will be cause for additional sanctions, as high as $25,000, to be imposed upon him.

8. This Court RETAINS JURISDICTION over this matter, to enforce the terms of this ORDER.

IT IS SO ORDERED.

DATED: July 23, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE